# IN THE SUPREME COURT OF THE STATE OF NEVADA

JACK JOSEPH BATTLE, JR.,
                Appellant,
          vs.
THE STATE OF NEVADA,
                Respondent.

No. 80702

FILED

APR 01 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to clarify sentencing and a motion for transportation of inmate for court appearance, or in the alternative, for appearance by telephone or video conference. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Our review of this appeal reveals a jurisdictional defect. The right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). No statute or court rule provides for an appeal from a district court order denying a motion to clarify sentencing and a motion for transportation of inmate for court appearance, or in the alternative, for appearance by telephone or video conference. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

Supreme Court
of
Nevada

(O) 1947A

20-12477

cc: Hon. Michelle Leavitt, District Judge
Jack Joseph Battle, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk